**PEI-CHING CHIU**

*Plaintiff*

*vs.*

**UNITED STATES DISTRICT COUR**
**Southern District of New York**
**Docket / Index # 09 CV 1380**

**20 PINE STREET LLC**

*Defendant*

**AFFIDAVIT**

**Person to be served:**
*20 Pine Street LLC* at: *20 Pine Street LLC, 752 Pacific Street, Brooklyn, NY 11238*

**Attorney:**
Wilentz Goldman & Spitzer P.A.
90 Woodbridge Center Suite 900
, Woodbridge, NJ 07095

Cost of Service Pursuant to R. 4:4-3(c)

$_____

**Papers Served:**
Summons; Complaint; Statement; Electronic Case Filing Rules & Instructions

**Service Data:**

**Served Successfully __X__   Not Served _____**

**Date:** February 25, 2009  **Time:** 2:20 PM

**Attempts: 0**

_____   Delivered a copy to him / her personally

**Name of Person Served and Relationship / Title:**

_____   Left a copy with a competent household member over 14 years of age residing therein.

Irene Berriel, Authorized Agent

__X__   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: **Female**  Age: **28**  Height: **5' 5"**  Weight: **120-130 lbs**  Skin Color: **Caucasian**  Hair Color: **Black**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____   Date _____   Time
                    _____   Date _____   Time
( )Other _____   Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
__26__ day of __FEB 2009__

_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Rudolph A. Brooks**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Rudolph A. Brooks, Process Server

**Lawyers Edge Process Service, LLC**, 58 Main Street Suite 1C, Hackensack, NJ 07601
Phone: (201) 489-8080   Fax: (201) 489-8824

Job #26256
Affidavit of Service (9/30/02)